1 ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
2 DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
3 AKERMAN LLP
1160 Town Center Drive, Suite 330
4 Las Vegas, NV 89144
Telephone: (702) 634-5000
5 Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
6 Email: donna.wittig@akerman.com

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHASI 2005-AR5*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE HOLDERS OF THE CERTIFICATES, FIRST HORIZON MORTGAGE PASS-THROUGH CERTIFICATES SERIES FHASI 2005-AR5<br><br>Plaintiff,<br>v.<br><br>TRACCIA COMMUNITY ASSOCIATION; PREMIER ONE HOLDINGS, INC.; YUANYUAN ZHU; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-02568-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff The Bank of New York Mellon fka The Bank of New York as Trustee for the holders of the Certificates First Horizon Mortgage Pass-Through Certificates Series FHASI 2005-AR5 (**BoNYM**) and defendant Traccia Community Association (**HOA**) (collectively, the **Parties**), through their respective counsel, hereby stipulate to dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

1

43011905;1

All claims asserted by BoNYM against the HOA will be dismissed without prejudice, with each party bearing its own fees and costs.

DATED December 7th, 2017.

| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
|---|---|
| */s/ Donna M. Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the holders of the Certificates, First Horizon Mortgage Pass-Through Certificates Series FHASI 2005-AR5* | */s/ Christopher B. Anthony*<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>CHRISTOPHER B. ANTHONY, ESQ.<br>Nevada Bar No. 9748<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117<br><br>*Attorneys for Traccia Community Association* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 9th day of March, 2018.

43011905;1